UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:06-00031-18 |
| | ) | JUDGE CAMPBELL |
| ROBERTO MANIER | ) | |

ORDER

Pending before the Court is a Petition for Revocation of Supervised Release (Docket No. 846). The Court held a hearing on the Petition on February 25, 2013.

For the reasons stated from the bench, the hearing was continued to March 14, 2013, at 9:00 a.m.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE