UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:06-00031-18 |
| | ) | JUDGE CAMPBELL |
| ROBERTO MANIER | ) | |

ORDER

Pending before the Court is a Motion to Transfer Case (Docket No. 874). The Motion is GRANTED.

The revocation hearing/status conference scheduled for September 19, 2013, at 9:30 a.m. is cancelled.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE