# UNITED STATES DISTRICT COURT

## Middle District of Tennessee

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
| v. | (For **Revocation** of Probation or Supervised Release) |
| ROBERTO MANIER | Case No. 3:06-cr-00031 |
| | USM No. 09999-033 |
| | Dumaka Shabazz |
| | Defendant's Attorney |

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)   _1 - 4_   of the term of supervision.

☐   was found in violation of condition(s)   _____   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The Defendant shall not commit another federal, state, or local crime | 6/18/2012 |
| 2 | The Defendant shall refrain from any unlawful use of a controlled substance | 2/6/2013 |
| 3 | The Defendant shall not associate with any persons engaged in criminal activity and shall not frequent places where illegal substances are sold, used, distributed or administered. | 2/12/2013 |
| 4 | The Defendant shall not commit another federal, state, or local crime | 3/8/2013 |

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s)   _____   and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: _8045_

Defendant's Year of Birth:   _1966_

City and State of Defendant's Residence:
_Lebanon, Tennessee_

_Jannuary 3, 2014_
Date of Imposition of Judgment

Signature of Judge

_William J. Haynes, Jr., Chief Judge_
Name and Title of Judge

_January____, 2014_
Date

DEFENDANT: ROBERTO MANIER
CASE NUMBER: 3:06-cr-00031

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **twenty-four (24) months.**

**No period of supervised release is imposed.**

☐ The court makes the following recommendations to the Bureau of Prisons:

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____  ☐ a.m.  ☐ p.m.  on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
      DEPUTY UNITED STATES MARSHAL